**Rashid Qawi AL–AMIN, Plaintiff— Appellant,**

v.

**George F. ALLEN, Governor, United States Senator of Virginia, in his individual and former official capacity as Governor of the State of Virginia; Mark R. Warner, Governor of Virginia, in his individual and official capacity; Jim Gilmore, Virginia's anti-terrorism officer, in his individual and former official capacity as Governor of Virginia; Helen Fahey, in her individual and official capacity as Chairwoman of the Virginia Parole Board, Defendants–Appellees.**

No. 06–8054.

United States Court of Appeals, Fourth Circuit.

Submitted: March 22, 2007.

Decided: March 30, 2007.

Rashid Qawi Al–Amin, Appellant Pro Se. Richard Carson Vorhis, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rashid Qawi Al–Amin appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Al– Amin v. Allen,* No. 2:05–cv–00672–RAJ (E.D.Va. Dec. 8, 2006). We deny Al– Amin's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*